# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANGEL RODRIGUEZ,  <br><br>  Plaintiff,  <br><br> v.  <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC,  <br><br>  Defendant. | NO.  <br><br> PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL  <br> (Unlawful Debt Collection Practices) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

ANGEL RODRIGUEZ (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Washington, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

Plaintiff's Complaint and Demand for Jury Trial- 1

## PARTIES

5. Plaintiff is a natural person residing in Federal Way, King County, Washington.

6. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*.

7. Defendant is a national company with a business office in Norfolk, Virginia.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. On or about December 5, 2010, Defendant began placing collection calls to Plaintiff from many numbers including but not limited to 1-412-282-1420.

10. Defendant asks Plaintiff if it can speak with Tracy.

11. Plaintiff informed Defendant on at least ten separate occasions there is no one named Tracy at this telephone number and to stop calling.

12. Despite this information, Defendant continues to call Plaintiff's telephone number and continued to ask for Tracy.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

13. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, ANGEL RODRIGUEZ, respectfully requests judgment be

Plaintiff's Complaint and Demand for Jury Trial- 2

entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

14. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

15. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

16. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, ANGEL RODRIGUEZ, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  April 7, 2011          KROHN & MOSS, LTD.

By: /s/  Sharon Cousineau
Sharon Cousineau (Local Counsel)
WSB: (30061)
Cousineau Law Group, LLC
700 West Evergreen Blvd.
Vancouver, WA 98660
Tel. 971-207-5140
Fax 360-694-1435

*Of Counsel*

KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
Tel: (323) 988-2400
Fax: (866) 620-2956
www.krohnandmoss.com

Plaintiff's Complaint and Demand for Jury Trial- 3

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF WASHINGTON

Plaintiff, ANGEL RODRIGUEZ, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ANGEL RODRIGUEZ, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

4/07/2011
Date

_Angel Rodriguez_
ANGEL RODRIGUEZ

Plaintiff's Complaint and Demand for Jury Trial- 4