Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant, | Case No. 2:11-CV-00590 RSM<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**<br><br>NOTE ON MOTION CALENDAR: 7/6/11 |

Pursuant to FRCP 6(b), defendant moves to extend the deadline to file its first appearance up to and including August 5, 2011.  This motion is supported by the accompanying Declaration of Robert E. Sabido.  Plaintiff does not object to this requested extension.

DATED: July 6, 2011

COSGRAVE VERGEER KESTER LLP


/s/ Robert E. Sabido
_____
Robert E. Sabido, WSB No. 29170
rsabido@cvk-law.com
805 SW Broadway, 8th Floor
Portland, OR 97205
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendant

Page 1 -  **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**

1257721

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Sharon Cousineau
Cousineau Law Group, LLC
700 West Evergreen Boulevard
Vancouver, WA 98660
    Attorneys for Plaintiff

DATED:  July 6, 2011

/s/ Robert E. Sabido
Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1257721

**COSGRAVE VERGEER KESTER LLP**
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000