Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| ANGEL RODRIGUEZ, | Case No. CV-11-00590 RSM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney's fees or costs to either party.

DATED: February 7, 2012

| COUSINEAU LAW GROUP, LLC | COSGRAVE VERGEER KESTER LLP |
|---|---|
| /s/ Sharon Cousineau<br>Sharon Cousineau, WSBA No. 30061<br>Attorneys for Plaintiff | /s/ Robert E. Sabido<br>Robert E. Sabido, WSBA No. 29170<br>Frank H. Lagesen, WSBA No. 17009<br>Attorneys for Defendant |

/ / /

/ / /

/ / /

/ / /

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**   1430460

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97205
(503) 323-9000

1    Based on the parties' stipulation, it is

2    ADJUDGED that all of plaintiff's claims against defendant are dismissed with

3  prejudice and without attorney's fees or costs to either party.

4    DATED: February ___, 2012

5

6
   _____
   Ricardo S. Martinez
7  United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2012, I electronically filed the foregoing **STIPULATED JUDGMENT OF DISMISSAL** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Sharon Cousineau
Cousineau Law Group, LLC
700 West Evergreen Boulevard
Vancouver, WA 98660
    Attorneys for Plaintiff

DATED:  February 7, 2012

    /s/ Robert E. Sabido
Frank H. Lagesen
Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**   1430460

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97205
 (503) 323-9000